UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 4:24-cv-10040-KMM

| | |
|---|---|
| JAMES LUTZ, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC and DOUGLAS ELLIMAN INC., | ) ) ) ) ) |
| Defendants. | ) ) ) |

## JOINT NOTICE OF MEDIATOR SELECTION

Pursuant to the Court's Scheduling Order and Referral to Mediation (ECF No. 75), Plaintiff James Lutz ("Plaintiff") and Defendants HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, and Douglas Elliman Inc. (collectively "Defendants"), hereby submits notice of the parties' selection of Gregory P. Lindstrom, from the office of Phillips ADR Enterprises as mediator in this matter.

NAME: Gregory P. Lindstrom

ADDRESS: Philips ADR Enterprises
2101 East Coast Highway
Suite 250
Corona Del Mar, CA 92625

DATE: To be scheduled in accord with Court deadline

TELEPHONE NO.: (949) 760-5280

Dated: October 11, 2024

*/s/ Randall P. Ewing, Jr.*
Randall P. Ewing, Jr., Bar No. 76879
George A. Zelcs
Ryan Z. Cortazar
**KOREIN TILLERY, LLC**
205 North Michigan Ave.
Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
rewing@koreintillery.com
gzelcs@koreintillery.com
rcortazar@koreintillery.com

Michael Klenov
Carol O'Keefe
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
mklenov@koreintillery.com
cokeefe@koreintillery.com

Vincent Briganti
Christian Levis
Noelle Forde
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
nforde@lowey.com

*Attorneys for Plaintiff James Lutz*

Respectfully submitted,

*/s/ Michael Holecek*
Michael Holecek, Bar No. 1035950
Christopher D. Dusseault (*pro hac vice*)
Sarah Kushner (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
mholecek@gibsondunn.com
cdusseault@gibsondunn.com
smkushner@gibsondunn.com

*Attorneys for Defendants HomeServices of America, Inc., BHH Affiliates, LLC and HSF Affiliates, LLC*

*/s/ Kelly Anne Luther*
Kelly Anne Luther, Bar No. 870780
Hector Torres (*pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (212) 506-1730
KLuther@kasowitz.com
HTorres@kasowitz.com

Marc E. Kasowitz (*pro hac vice*)
Kenneth R. David (*pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
mkasowitz@kasowitz.com
kdavid@kasowitz.com

Constantine "Dean" Z. Pamphilis (*pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
1415 Louisiana Street, Suite 2100
Houston, TX 77002
Telephone: (713) 220-8800
dpamphilis@kasowitz.com

*Attorneys for Defendant Douglas Elliman, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2024, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: October 11, 2024                                             */s/ Randall P. Ewing, Jr.*
                                                                                     Randall P. Ewing, Jr.