UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JAMES LUTZ, SCOTT DAVIS, NIALL ADAMS, MYA BATTON, THEODORE BISBICOS, AARON BOLTON, JASON BOOMSMA, MICHAEL BRACE, THOMAS BRAUN, TIMOTHY CARUSO, SABRINA CLARK, COLLEEN DUVAL, JAMES EDWARDS, RYAN EISNER, STEVEN EWALD, CARSON FAIRBOURN, JOHN GARRETT, BRENNON GROVES, DARIN HENDRY, ANNA JAMES, DO YEON IRENE KIM, JORDAN KULLMANN, JAMES MULLIS, DANIEL PARSONS, JOSHUA PUTT, JOHN SANNAR, ROBERT SAYLES, BEN SHADLE, LISA SHANKUS, BRENT STRINE, CHRISTINE VAN WOERKON, and SHERRIE WOHL, individually and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, and DOUGLAS ELLIMAN INC., <br><br> Defendants. | Case No.: 4:24-cv-10040-KMM <br><br> Judge K. Michael Moore <br><br> Magistrate Judge Marty Fulgueira Elfenbein |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF THEIR MOTION TO COMPEL**

Plaintiffs hereby voluntarily withdraw their motion to compel Defendant HomeServices to produce deposition transcripts of certain third parties. *See* ECF No. 102; ECF No. 117; ECF No. 123 (brief in support). Plaintiffs have since reached agreement with third parties to obtain most of the deposition transcripts. Plaintiffs have also subpoenaed the remainder of the documents they seek and will negotiate directly with the relevant third party for their production.

Accordingly, Plaintiffs no longer require relief from the Court with respect to this matter at this time.

Dated: May 13, 2025

Respectfully submitted,

**/s/ Randall P. Ewing, Jr.**
George A. Zelcs
Randall P. Ewing, Jr.
Ryan Z. Cortazar
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312.641.9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Michael E. Klenov
Carol O'Keefe
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314.241.4844
mklenov@koreintillery.com
cokeefe@koreintillery.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Noelle Forde (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914.997.0500
vbriganti@lowey.com
clevis@lowey.com
nforde@lowey.com

***Counsel for Plaintiff and the Proposed Classes***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2025, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: May 13, 2025                                             **/s/ Randall P. Ewing, Jr.**
                                                                                Randall P. Ewing, Jr.