IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-10040-MOORE/ELFENBEIN

**JAMES LUTZ**, *et al.*

        Plaintiffs,

  v.

**HOMESERVICES OF AMERICA, INC.**, *et al.*,

        Defendants.

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Under S.D. Fla. L.R. 7.8, and in support of their *Joint Motion to Dismiss Second Amended Complaint* (ECF No. 98), Defendants submit this Notice of Supplemental Authority as to the opinion in *Davis et al. v. Hanna Holdings, Inc.*, No. 2:24-cv-02374-WB (E.D. Pa. June 23, 2025) ("Op."), attached as **Exhibit A**. The court granted in part Hanna Holdings, Inc.'s ("Hanna") motion to dismiss for failure to state a claim and dismissed all claims premised on an alleged horizontal conspiracy among Hanna and competing brokerages, Op. at 12-20, or a "hub-and-spoke" conspiracy among Hanna, competing brokerages and NAR. Op. at 21, n. 9. The *Davis* court's conclusion reinforces Defendants' position in their Motion to Dismiss (ECF No. 98) at pages 3 and 18 through 20. And while the *Davis* Court held that Plaintiffs had adequately pled a purely vertical conspiracy, Plaintiffs make no such argument in this case. *See* Plaintiffs' Opposition to Defendants' Motion to Dismiss (ECF No. 101) at 18–19 (arguing that Plaintiffs have adequately alleged a horizontal conspiracy or a hub-and-spoke conspiracy, but making no such argument as to a vertical conspiracy).

1

Dated:  June 28, 2025

Respectfully submitted,

By: */s/ Christopher D. Dusseault*
Christopher D. Dusseault *(pro hac vice)*
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:     (213) 229-7000
Email: cdusseault@gibsondunn.com
Email: smkushner@gibsondunn.com

By: */s/ Alejandro J. Paz*
Alejandro J. Paz, Esq.
Florida Bar Number: 1011728
Primary E-mail:
alejandro.paz@akerman.com
Secondary E-mail:
marylin.herrera@akerman.com
Alexandra M. Mora, Esq.
Florida Bar Number: 52368
Primary E-mail:
alexandra.mora@akerman.com
Secondary E-mail:
marylin.herrera@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 S.E. 7th St., Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Facsimile: (305) 374-5095

*Attorneys for Defendants HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates LLC*

By: */s/ Edward M. Spiro*
Robert J. Anello (*pro hac vice*)
Edward M. Spiro (*pro hac vice*)
**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**
565 Fifth Ave.
New York, NY 10017
Phone: (212) 856-9600
Facsimile: (212) 856-9494
Email: ranello@maglaw.com
Email: espiro@maglaw.com

2

3

By: */s/ Phillip M. Soven*
Michael N. Kreitzer
Florida Bar No. 705561
Phillip M. Soven
Florida Bar No. 1035504
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: kreitzerm@gtlaw.com
Email: phil.soven@gtlaw.com
Email: moisem@gtlaw.com
Email: flservice@gtlaw.com

*Attorneys for Defendant Douglas Elliman Inc.*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this notice complies with the word count imposed by S.D. Fla. L.R. 7.8 because the body of the notice is 184 words.

By: */s/ Alejandro J. Paz*
Alejandro J. Paz, Esq.

**CERTIFICATE OF SERVICE**

I, Alejandro J. Paz, hereby certify that, on June 28, 2025, a true and correct copy of the foregoing was filed electronically using the CM/ECF system, which will provide notice to all counsel of record.

By: */s/ Alejandro J. Paz*
Alejandro J. Paz, Esq.