UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 4:24-cv-10040-KMM

| | |
|---|---|
| JAMES LUTZ, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, and DOUGLAS ELLIMAN INC., | ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' RESPONSE TO
DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants' supplemental authority establishes that the facts in the complaint adequately allege a vertical antitrust conspiracy, at a minimum. *Davis et al. v. Hanna Holdings, Inc.*, No. 2:24-cv-02374-WB, slip op. at 20-21, 40 (E.D. Pa. June 23, 2025). Under Rule 8, pleaded facts (not legal theories) determine the viability of claims. Consequently, Defendants' observation that Plaintiffs argued a horizontal or hub-and-spoke conspiracy rather than a vertical one is meaningless. "[T]he federal notice pleading standard only requires allegations as to every material point necessary to sustain a claim on any legal theory, even if it is not the precise theory advanced by the plaintiff." *Ray v. Comm'r, Alabama Dep't of Corr.*, 915 F.3d 689, 697 (11th Cir. 2019). Should this Court rely on *Davis* to dismiss any claims, Plaintiffs emphasize their ability to cure by repleading because in these circumstances "such amendments should be granted liberally." *Czeremcha v. Ass'n of Mack & Aero. Workers*, 724 F.2d 1552, 1556 (11th Cir. 1984).

|  |  |
|---|---|
| Dated: July 7, 2024 | Respectfully submitted,<br><br>*/s/ Randall P. Ewing, Jr.*<br>George A. Zelcs<br>Randall P. Ewing, Jr.(Florida Bar Number: 76879)<br>Ryan Z. Cortazar<br>**KOREIN TILLERY, LLC**<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>Telephone: 312-641-9750<br>gzelcs@koreintillery.com<br>rewing@koreintillery.com<br>rcortazar@koreintillery.com<br><br>Michael E. Klenov<br>Carol O'Keefe<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone: 314-241-4844<br>mklenov@koreintillery.com<br>cokeefe@koreintillery.com<br><br>Vincent Briganti<br>Christian Levis<br>Noelle Forde<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500<br>vbriganti@lowey.com<br>clevis@lowey.com<br>nforde@lowey.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this response complies with the word count imposed by S.D. Fla. L.R. 7.8 because the body of the response is 160 words.

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: July 7, 2025                                    /s/ *Randall P. Ewing, Jr.*
                                                       Randall P. Ewing, Jr.