**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 4:24-cv-10040-KMM

**JAMES LUTZ**, *et al*.

    Plaintiffs,

v.

**HOMESERVICES OF AMERICA, INC.**, *et al.*,

    Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT [D.E. 145] AND TO MODIFY THE BRIEFING SCHEDULE AND MOTION TO EXCEED THE PAGE LIMIT

HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates LLC, (the "HomeServices Defendants") and Douglas Elliman Inc. ("Douglas Elliman") (collectively, the "Defendants") submit this unopposed motion for extension of time to respond to Plaintiffs' Third Amended Complaint ("TAC"), filed on August 5, 2025, and to modify the briefing schedule. The Defendants request an extension of time (through and including September 9, 2025) to file their response to the Third Amended Complaint. Defendants also request that the deadline for Plaintiffs' opposition brief be extended to October 14, 2025, and that the deadline for Defendants' reply brief be extended to November 4, 2025.

Additionally, pursuant to Local Rule 7.1(c)(2), Defendants move this Court to exceed the default page limits in connection with Defendants' forthcoming motion to dismiss the Third Amended Complaint. Specifically, Defendants request 10 additional pages for their joint opening brief (for a total of 30 pages), 15 additional pages for Plaintiffs' opposition brief (for a total of 35 pages), and 5 additional pages for Defendants' reply brief (for a total of 15 pages). In support thereof, the Defendants state as follows:

1

**BACKGROUND**

On July 15, 2025, this Court granted Defendants' Motion to Dismiss [D.E. 144], and ordered Plaintiffs to file an Amended Complaint, if they chose to do so, within twenty-one (21) days of the order. On August 5, 2025, Plaintiffs filed their Third Amended Complaint (TAC) in this Action. [D.E. 145]. The TAC is 145 pages and consists of forty-eight (48) causes of action.[1] Under Fed. R. Civ. P. 15(a)(3), the Defendants' deadline to respond to the TAC is currently August 19, 2025.

**ARGUMENT**

**I. Extension of Time and Modification of Briefing Schedule**

Given the complexity of this case, the length of the TAC, the number of new claims raised by Plaintiffs, the upcoming Labor Day holiday, and previously scheduled vacations of counsel within the 14 days following the filing of the TAC, as well as the need for Defendants to jointly coordinate their response to the Third Amended Complaint, Defendants hereby respectfully request an extension of time of five weeks (through and including September 9, 2025) to file their response to the Third Amended Complaint.

Plaintiffs have advised Defendants that they do not oppose this motion so long as they receive a reciprocal extension of the deadline for their opposition brief. Defendants thus request that the Court extend Plaintiffs' deadline to file their opposition by five weeks to October 14, 2025, and that the Court extend the deadline for Defendants' reply brief by three weeks to November 4, 2025.

Previously, this Court considered the prudence of extending the briefing schedule in connection with Plaintiffs' Complaint and First Amended Complaint [D.E. 44, 64]. Given that the

---

[1] The Second Amended Complaint was 60 pages in length and consisted of 4 causes of action.

Third Amended Complaint is substantially longer and contains significantly more claims than the prior two complaints, Defendants respectfully request that the Court similarly extend the deadlines.

## II. Extension of Page Limit

Pursuant to Southern District of Florida Local Rule 7.1(c)(2), the Court may grant a litigant "prior permission" to exceed the page limitations established therein. *Id.* Defendants respectfully contend that an extension of the page limits is warranted for two main reasons.

First, the complexity of this case and the number of Plaintiffs' claims merits an extension of the default page limitations. This is a complex antitrust class action raising claims under the laws of dozens of jurisdictions. In their TAC, Plaintiffs assert more than forty claims that sound in antitrust and consumer protection, under the laws of more than 30 jurisdictions, for purported harms alleged to reach back decades. Defendants seek additional pages for their opening and reply briefs to more fully address numerous issues with the TAC. Second, Defendants have agreed to file a single joint motion to dismiss and supporting brief, and additional pages will ensure that both the HomeServices Defendants and Douglas Elliman have the space necessary to present their arguments.

Plaintiffs have advised Defendants that they do not oppose this motion so long as they receive an extension of the page limit for their opposition brief. Defendants thus respectfully request that the Court grant an additional 10 pages for Defendants' joint motion to dismiss, an additional 15 pages for Plaintiffs' opposition, and an additional 5 pages for Defendants' reply brief. Similarly to its ruling on the briefing schedule, this Court granted a page limit extension to the briefing of the First and Second Amended Complaints. Defendants assert the Court should also grant an extension of the page limit here. [D.E. 64, 87].

These requests are made in good faith and are not intended for purposes of delay; there are

3

no pending deadlines in this matter as the case is currently closed. A Proposed Order is attached hereto as **Exhibit A**.

     **WHEREFORE**, Defendants request that this Court enter an order modifying the briefing schedule and extending the time for Defendants to file their response to the Third Amended Complaint through and including **September 9, 2025**, extending the time for Plaintiffs to file an opposition through and including **October 14, 2025**, and extending the time for Defendants to file a reply brief through and including **November 4, 2025**. Defendants also request 10 additional pages for their joint opening brief (for a total of 30 pages), 15 additional pages for Plaintiffs' opposition brief (for a total of 35 pages), and 5 additional pages for Defendants' reply brief (for a total of 15 pages), and granting Defendants such further and additional relief as the Court deems just and proper.

Dated: August 8, 2025

Respectfully submitted,

By: */s/ Christopher D. Dusseault*
Christopher D. Dusseault *(pro hac vice)*
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    (213) 229-7000
Email: cdusseault@gibsondunn.com
Email: smkushner@gibsondunn.com

By: */s/Alexandra M. Mora*
Alexandra M. Mora, Esq.
Florida Bar Number: 52368
Primary E-mail:
alexandra.mora@akerman.com
Secondary E-mail:
marylin.herrera@akerman.com
Alejandro J. Paz, Esq.
Florida Bar Number: 1011728
Primary E-mail:
alejandro.paz@akerman.com
Secondary E-mail:
marylin.herrera@akerman.com

4

**AKERMAN LLP**
Three Brickell City Centre
98 S.E. 7th St., Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Facsimile: (305) 374-5095

*Attorneys for Defendants HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates LLC*

By: */s/Edward M. Spiro*
Robert J. Anello (*pro hac vice*)
Edward M. Spiro (*pro hac vice*)
**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**
565 Fifth Ave.
New York, NY 10017
Phone: (212) 856-9600
Facsimile: (212) 856-9494
Email: ranello@maglaw.com
Email: espiro@maglaw.com

By: */s/ Philip M. Soven*
Michael N. Kreitzer
Florida Bar No. 705561
Phillip M. Soven
Florida Bar No. 1035504
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: kreitzerm@gtlaw.com
Email: phil.soven@gtlaw.com
Email: moisem@gtlaw.com
Email: flservice@gtlaw.com

*Attorneys for Defendant Douglas Elliman Inc.*

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), on August 6-7, 2025, counsel for Defendants conferred with Plaintiffs' counsel, via e-mail, and Plaintiffs' counsel does not oppose the relief sought in this Motion as long as Defendants seek reciprocal extensions of time and page limitations for his briefing.

By: */s/ Alexandra M. Mora*
Alexandra M. Mora

## CERTIFICATE OF SERVICE

I, Alexandra M. Mora, hereby certify that, on August 8, 2025, a true and correct copy of the foregoing was filed electronically using the CM/ECF system, which will provide notice to all counsel of record.

By: */s/ Alexandra M. Mora*
Alexandra M. Mora