## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-10040-MOORE/Elfenbein

**JAMES LUTZ**, *et al*,

      Plaintiffs,

 v.

**HOMESERVICES OF AMERICA, INC.**, *et al*,

      Defendants.

_____/

## ORDER SETTING DISCOVERY STATUS CONFERENCE

**THIS CAUSE** is before the Court following the referral of this action to the undersigned Magistrate Judge for all pre-trial discovery matters.  It is hereby **ORDERED and ADJUGED** as follows:

Counsel shall appear before the Court **on April 1, 2026, at 10:00 a.m.**, via Zoom for a final discovery status conference before Magistrate Judge Marty Fulgueira Elfenbein.  Counsel, parties, or members of the public can attend using either of the following methods:

1. Copying and pasting the following Zoom Link into a web browser: https://www.zoomgov.com/j/16109660856?pwd=UW5LVWEvcm1xdHR3ZlpnM2VFQVBRQT09; or

2. Going to https://www.zoomgov.com and entering Meeting ID 16109660856 and Passcode 309878.

**No later than March 25, 2026**, the parties shall file a joint discovery status report, which addresses the following:

1. the particular discovery each party has propounded;

CASE NO. 25-CV-10040-MOORE/Elfenbein

2.  whether the discovery requests have been answered;

3.  the status of depositions, including:

    a.  the number of depositions taken to date;

    b.  the number of remaining depositions and whether they have been scheduled; and

    c.  an explanation of any delay in scheduling the remaining depositions;

4.  the status of expert disclosures;

5.  whether the parties have any outstanding discovery disputes;

6.  whether the parties believe that a discovery status conference is needed; and

7.  whether the parties can certify that they will complete all discovery by the discovery deadline.

**DONE AND ORDERED** in Chambers in Miami, Florida on November 12, 2025.

**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

cc: All counsel of record

2