## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.: 4:24-cv-10040-KMM

| | |
|---|---|
| JAMES LUTZ, SCOTT DAVIS, NIALL ADAMS, | ) |
| MYA BATTON, THEODORE BISBICOS, | ) |
| AARON BOLTON, JASON BOOMSMA, | ) |
| MICHAEL BRACE, THOMAS BRAUN, | ) |
| TIMOTHY CARUSO, SABRINA CLARK, | ) |
| COLLEEN DUVAL, JAMES EDWARDS, | ) |
| RYAN EISNER, STEVEN EWALD, | ) |
| CARSON FAIRBOURN, JOHN | ) |
| GARRETT, BRENNON GROVES, | ) |
| DARIN HENDRY, ANNA JAMES, | ) |
| DO YEON IRENE KIM, JORDAN KULLMANN, | ) |
| JAMES MULLIS, DANIEL PARSONS, | ) |
| JOSHUA PUTT, JOHN SANNAR, | ) |
| ROBERT SAYLES, BEN SHADLE, | ) |
| LISA SHANKUS, BRENT STRINE, | ) |
| CHRISTINE VAN WOERKON, and | ) |
| SHERRIE WOHL, individually and on behalf | ) |
| of all others similarly situated, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| HOMESERVICES OF AMERICA, INC., | ) |
| BHH AFFILIATES, LLC, HSF | ) |
| AFFILIATES, LLC, and DOUGLAS | ) |
| ELLIMAN INC., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

In support of their Opposition to Defendants' Motion to Dismiss (ECF No. 154),

Plaintiffs submit this Notice of the Department of Justice's Statement of Interest in *Davis et al. v.*

*Hanna Holding, Inc.*, No. 2:24-cv-02374-WB (E.D. Pa. Dec.19, 2025), ECF No. 115

("Statement"), attached as Exhibit A. *Davis* is a state-law indirect purchaser case against one of Defendants' co-conspirators based on substantially similar conduct as alleged against Defendants. The DOJ's Statement is relevant to Plaintiffs' arguments that they allege an anticompetitive agreement, ECF No. 154 at 7-14, including under each state-law claim, *id.* at 15-19.  Plaintiffs conferred with the DOJ, and it does not oppose Plaintiffs' use of the Statement in this case.

Respectfully submitted,

Dated:  December 23, 2025

*/s/* **Randall P. Ewing**
George A. Zelcs (*pro hac vice*)
Randall P. Ewing, Jr. (Fla. Bar No. 76879)
Ryan Z. Cortazar (*pro hac vice*)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Vincent Briganti  (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Noelle Forde (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
nforde@lowey.com

Michael E. Klenov (*pro hac vice*)
Carol O'Keefe (*pro hac vice*)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314-241-4844

2

mklenov@koreintillery.com
cokeefe@koreintillery.com

*Attorneys for Plaintiffs and the Proposed Class*

## <u>CERTIFICATE OF COMPLIANCE</u>

Undersigned counsel certifies that this notice complies with the word count imposed by

S.D. Fla. L.R. 7.8 because the body of the notice is 113 words.


Dated:  December 23, 2025

*/s/* **Randall P. Ewing**
George A. Zelcs (*pro hac vice*)
Randall P. Ewing, Jr. (Fla. Bar No. 76879)
Ryan Z. Cortazar (*pro hac vice*)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Vincent Briganti  (*pro hac vice*)
Christian Levis (*pro hac vice*)
Noelle Forde (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
nforde@lowey.com

Michael E. Klenov (*pro hac vice*)
Carol O'Keefe (*pro hac vice*)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314-241-4844
mklenov@koreintillery.com
cokeefe@koreintillery.com

*Attorneys for Plaintiffs and the Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 23, 2025, I caused a true and correct copy of the

foregoing to be served upon counsel of record as of this date by electronic filing.


Dated: December 23, 2025                    *<u>/s/ **Randall P. Ewing**</u>*
                                            Randall P. Ewing