IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-10040-MOORE/Elfenbein

JAMES LUTZ, *et al.*,

        Plaintiffs,

  v.

HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC and DOUGLAS ELLIMAN INC.,

        Defendants.

## NOTICE OF HEARING

Defendants have requested a discovery hearing regarding Request for Production ("RFP") No. 24 in the HomeServices Defendants' First Set of Requests for Production. A remote hearing is scheduled for February 25, 2026 at 1:30 p.m. ET.

RFP No. 24 seeks "[a]ll Documents and Communications Relating to" *Batton et al. v. Nat'l Assoc. Realtors, et al.*, No. 1:21-cv-00430 (N.D. Ill.), also known as *Batton I*.

Following extensive meet-and-confer efforts, the parties have been unable to resolve their dispute over whether Plaintiffs must produce to Defendants the deposition transcripts of those five Plaintiffs in this case who are also named plaintiffs in the related case *Batton I*, without any limitation on Defendants' ability to depose those Plaintiffs in the present action.

Respectfully submitted,

Dated: February 9, 2026  /s/ *Sarah M. Kushner*
Christopher D. Dusseault (*pro hac vice*)
Sarah M. Kushner
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000
cdusseault@gibsondunn.com
smkushner@gibsondunn.com

*/s/Alexandra M. Mora*
Alejandro J. Paz (Bar No. 1011728)
Alexandra M. Mora (Bar No. 52368)
**AKERMAN LLP**
Three Brickell City Centre
98 S.E. 7th Street, Suite 1100
Miami, FL 33131
(305) 374-5600
alejandro.paz@akerman.com
alexandra.mora@akerman.com

*Attorneys for Defendants HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates, LLC*

Dated: February 9, 2026

/s/ *Edward M. Spiro*
Edward M. Spiro (*pro hac vice*)
Robert J. Anello (*pro hac vice*)
**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**
565 Fifth Avenue
New York, NY 10017
(212) 856-9600
espiro@maglaw.com
ranello@maglaw.com

Michael N. Kreitzer (Bar No. 705561)
Phillip M. Soven (Bar No. 1035504)
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
(305) 579-0500
kreitzerm@gtlaw.com
phil.soven@gtlaw.com

*Attorneys for Defendant Douglas Elliman Inc.*

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for Defendants has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues.

Dated:  February 9, 2026

/s/  Sarah M. Kushner
Sarah M. Kushner

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2026, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated:  February 9, 2026

*/s/ Alexandra M. Mora*
Alexandra M. Mora