# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 4:24-cv-10040-KMM

JAMES LUTZ, SCOTT DAVIS, NIALL ADAMS, )
MYA BATTON, THEODORE BISBICOS, )
AARON BOLTON, JASON BOOMSMA, )
MICHAEL BRACE, THOMAS BRAUN, )
TIMOTHY CARUSO, SABRINA CLARK, )
COLLEEN DUVAL, JAMES EDWARDS, )
RYAN EISNER, STEVEN EWALD, )
CARSON FAIRBOURN, JOHN )
GARRETT, BRENNON GROVES, )
DARIN HENDRY, ANNA JAMES, )
DO YEON IRENE KIM, JORDAN KULLMANN, )
JAMES MULLIS, DANIEL PARSONS, )
JOSHUA PUTT, JOHN SANNAR, )
ROBERT SAYLES, BEN SHADLE, )
LISA SHANKUS, BRENT STRINE, )
CHRISTINE VAN WOERKON, and )
SHERRIE WOHL, individually and on behalf )
of all others similarly situated, )
)
)
                Plaintiffs, )
)
   v. )
)
HOMESERVICES OF AMERICA, INC., )
BHH AFFILIATES, LLC, HSF )
AFFILIATES, LLC, and DOUGLAS )
ELLIMAN INC., )
)
                Defendants. )

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

In support of their Opposition to Defendants' Motion to Dismiss (ECF No. 154),

Plaintiffs submit this notice of the District of Connecticut's February 12, 2026 Order in *State of*

*Connecticut, et al. v. Sandoz, Inc., et al.*, 3:20-cv-00802 (D. Conn.) (attached hereto as Exhibit

A), in which it denied defendants' motion for summary judgment based on their argument that plaintiffs lacked standing to assert indirect purchaser claims for damages under state law, including because of pending direct purchaser actions and settlements. Ex. A at 17-22. The court concluded that "[s]trict application of the *AGC* factors here would render those States' *Illinois Brick*-repealer statutes meaningless." Ex. A at 18.

This decision is directly relevant to Plaintiffs' argument that Plaintiffs, as indirect purchasers of buyer-broker services, have standing under state law to recover damages despite the existence of direct purchaser actions and settlements, ECF No. 154 at 28-31.

Respectfully submitted,

Dated: February 18, 2026

*/s/* **Randall P. Ewing**
George A. Zelcs (*pro hac vice*)
Randall P. Ewing, Jr. (Fla. Bar No. 76879)
Ryan Z. Cortazar (*pro hac vice*)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Vincent Briganti (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Noelle Forde (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
nforde@lowey.com

Michael E. Klenov (*pro hac vice*)
Carol O'Keefe (*pro hac vice*)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314-241-4844
mklenov@koreintillery.com
cokeefe@koreintillery.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies that this notice complies with the word count imposed by S.D. Fla. L.R. 7.8 because the body of the notice is 146 words.

Dated:  February 18, 2026

/s/ **Randall P. Ewing**
George A. Zelcs (*pro hac vice*)
Randall P. Ewing, Jr. (Fla. Bar No. 76879)
Ryan Z. Cortazar (*pro hac vice*)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Noelle Forde (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
nforde@lowey.com

Michael E. Klenov (*pro hac vice*)
Carol O'Keefe (*pro hac vice*)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314-241-4844
mklenov@koreintillery.com
cokeefe@koreintillery.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2026, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: February 18, 2026                              */s/* **Randall P. Ewing**
                                                                    Randall P. Ewing