UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-10040-MOORE/Elfenbein

**JAMES LUTZ**,

    Plaintiff,

v.

**HOMESERVICES OF AMERICA, INC.**, *et al*,

    Defendants.
_____/

## ORDER AFTER DISCOVERY HEARING

**THIS CAUSE** is before the Court on Defendants' Notice of Hearing (the "Notice"), ECF No. [162], wherein Defendants alerted the Court that the Parties dispute "whether Plaintiffs must produce to Defendants the deposition transcripts of those five Plaintiffs in this case who are also named plaintiffs in the related case Batton I, without any limitation on Defendants' ability to depose those Plaintiffs in the present action." *See* ECF No. [162] at 1. The Court set a hearing on these discovery issues for February 25, 2026 (the "Hearing"). *See* ECF No. [161].

At the Hearing, Defendants made an Oral Motion to Compel Documents Responsive to Request for Production No. 24 (the "Motion to Compel"), seeking to compel the production of the deposition transcripts of the five Plaintiffs in this case who are also named Plaintiffs in the related case, *Batton I*. *See* ECF No. [166]. For the reasons stated on the record during the Hearing and memorialized below, Defendants' Oral Motion to Compel, **ECF No. [166]**, is **GRANTED**. Specifically, after hearing argument from both Parties, the Court found that Plaintiffs did not dispute the relevance of the requested deposition transcripts and were not refusing to produce them; rather, Plaintiffs' only objection was proportionality, based on concerns that production

CASE NO. 24-CV-10040-MOORE/Elfenbein

could lead to duplicative re-depositions on the same topics. The Court rejects the proportionality objection on the basis that (1) this objection was not preserved in the Responses to Request No. 24; (2) Plaintiffs are withholding the production of relevant documents on the basis of an anticipatory objection to the scope of Plaintiffs' depositions, which is not proper; and (3) this is a separate lawsuit and Defendant, Homeservices of America, Inc., has not previously had the opportunity to depose these Plaintiffs because it was not a party to the related case when the depositions were taken in *Batton I* and is entitled to defend itself in this action. Nonetheless, the Court notes that Defendants indicated that they will meet and confer with Plaintiffs in an effort to narrow down some of the issues to be covered during the depositions in this case after they receive the transcripts, and the Court encourages the Parties to do so in an effort to streamline the depositions. Accordingly, the Court **GRANTS** Defendants' Oral Motion to Compel, **ECF No. [166]**, and **ORDERS** Plaintiffs to produce the deposition transcripts **by March 4, 2026**.

**DONE AND ORDERED** in Chambers in Miami, Florida on February 26, 2026.

_____
**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

cc: All counsel of record