UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JAMES LUTZ, SCOTT DAVIS, NIALL ADAMS, MYA BATTON, THEODORE BISBICOS, AARON BOLTON, JASON BOOMSMA, MICHAEL BRACE, THOMAS BRAUN, TIMOTHY CARUSO, SABRINA CLARK, COLLEEN DUVAL, JAMES EDWARDS, RYAN EISNER, STEVEN EWALD, CARSON FAIRBOURN, JOHN GARRETT, BRENNON GROVES, DARIN HENDRY, ANNA JAMES, DO YEON IRENE KIM, JORDAN KULLMANN, JAMES MULLIS, DANIEL PARSONS, JOSHUA PUTT, JOHN SANNAR, ROBERT SAYLES, BEN SHADLE, LISA SHANKUS, BRENT STRINE, CHRISTINE VAN WOERKON, and SHERRIE WOHL, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, and DOUGLAS ELLIMAN INC., <br><br> Defendants. | Case No. 4:24-cv-10040-KMM |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.8 and in support of their Opposition to Defendants' Motion to Dismiss (ECF No. 154), Plaintiffs submit this Notice of the Eastern District of Pennsylvania's March 9, 2026 Opinion in *Davis et al. v. Hanna Holdings, Inc.*, No. 2:24-cv-02374-WB (E.D. Pa.), attached as Exhibit A.

*Davis* was brought on behalf of indirect purchaser homebuyers and alleges substantially the same facts against one of Defendants' co-conspirators. In largely denying defendant's motion

to dismiss, the *Davis* court found that plaintiffs have standing to bring their state law antitrust claims (Ex. A at 21) and that plaintiffs have "plausibly allege[d] a horizontal agreement" by pleading that the defendant adhered to NAR rules "as direct evidence of a defendant's concerted action" (*id.* at 33).

The *Davis* ruling supports Plaintiffs' position here that they have standing and have plausibly alleged direct evidence of a horizontal agreement between Defendants and their co-conspirators. *See* ECF No. 154 at 17-24. And because each and every count individually alleges that HomeServices and Douglas Elliman adopted the NAR rules (*e.g.,* ECF No. 151, ¶¶ 298, 309, 318, etc.), the *Davis* ruling also supports Plaintiffs' argument that their complaint is not a shotgun pleading. *Id.* at 25-31.

Dated: March 10, 2026

Respectfully submitted,

 /s/ **Randall P. Ewing, Jr.**
Randall P. Ewing, Jr. (Bar No. 76879)
George A. Zelcs
Ryan Z. Cortazar
**KOREIN TILLERY, LLC**
205 N. Michigan Avenue, Suite 1950
Chicago, IL 60601
(312) 641-9750
rewing@koreintillery.com
gzelcs@koreintillery.com
rcortazar@koreintillery.com

Steven M. Berezney
**KOREIN TILLERY, LLC**
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844
sberezney@koreintillery.com

Vincent Briganti
Margaret MacLean
Noelle Forde
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500
vbriganti@lowey.com
mmaclean@lowey.com
nforde@lowey.com

*Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2026, a true and correct copy of the foregoing was served on all counsel of record by electronic filing.

 /s/ **Randall P. Ewing, Jr.**
Randall P. Ewing, Jr.
