**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-CV-10040-MOORE/ELFENBEIN

|  |  |
|---|---|
| **JAMES LUTZ**, *et al.* | |
| Plaintiffs, | |
| v. | |
| **HOMESERVICES OF AMERICA, INC.**, *et al.*, | |
| Defendants. | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE**
**OF SUPPLEMENTAL AUTHORITY [D.E. 171]**

*Davis*—an out-of-circuit district court decision—doesn't help Plaintiffs escape dismissal on shotgun pleading grounds in the Eleventh Circuit. ECF 152 at 5–10. Plaintiffs' failure to remedy this issue means the TAC should be dismissed "with prejudice." ECF 144 at 11.

*Davis* also doesn't call into question this Court's prior holding that "Plaintiffs are not efficient enforcers of the antitrust laws" because "home sellers, as the directly affected individuals, are better suited to seek antitrust relief." *Id.* at 6–7. At most, *Davis* disagreed with this Court's relative weighing of factors, and not with that determination. ECF 171-1 at 19–20.

Lastly, the amended complaint in *Davis* alleged the NAR rules *themselves* are horizontal agreements. That isn't Plaintiffs' theory, as their notice makes clear. ECF 171 at 2 (citing TAC ¶ 298, which alleges Defendants "engaged in a continuing contract, combination, or conspiracy with respect to broker services …, including by agreeing with their competitors *to implement, enforce, and abide by the Challenged Restraints*" (emphasis added)); *see* ECF 152 at 12–13.

Dated:  March 16, 2026                                    Respectfully submitted,

By: */s/ Christopher D. Dusseault*
Christopher D. Dusseault (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:     (213) 229-7000
Email: cdusseault@gibsondunn.com
Email: smkushner@gibsondunn.com

By: */s/ Alexandra M. Mora*
**AKERMAN LLP**
Alexandra M. Mora, Esq.
Florida Bar Number: 52368
Primary E-mail:
alexandra.mora@akerman.com
Secondary E-mail:
marylin.herrera@akerman.com
Alejandro J. Paz, Esq.
Florida Bar Number: 1011728
Primary E-mail:
alejandro.paz@akerman.com
Secondary E-mail:
marylin.herrera@akerman.com
Three Brickell City Centre
98 S.E. 7th St., Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Facsimile: (305) 374-5095

*Attorneys for Defendants HomeServices of*
*America, Inc., BHH Affiliates, LLC, and*
*HSF Affiliates LLC*

By: */s/ Edward M. Spiro*
Robert J. Anello (*pro hac vice*)
Edward M. Spiro (*pro hac vice*)
**MORVILLO ABRAMOWITZ GRAND**
**IASON & ANELLO P.C.**
565 Fifth Ave.
New York, NY 10017
Phone: (212) 856-9600
Facsimile: (212) 856-9494

Email: ranello@maglaw.com
Email: espiro@maglaw.com

By: */s/ Michael N. Kreizter*
Michael N. Kreitzer
Florida Bar No. 705561
Phillip M. Soven
Florida Bar No. 1035504
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: kreitzerm@gtlaw.com
Email: phil.soven@gtlaw.com
Email: moisem@gtlaw.com
Email: flservice@gtlaw.com

*Attorneys for Defendant Douglas Elliman Inc.*

**CERTIFICATE OF SERVICE**

I, Alexandra M. Mora, hereby certify that, on March 16, 2026, a true and correct copy of

the foregoing was filed electronically using the CM/ECF system, which will provide notice to all

counsel of record.

By: */s/ Alexandra M. Mora*
Alexandra M. Mora, Esq.