**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-CV-10040-MOORE/ELFENBEIN

JAMES LUTZ, *et al.*

    Plaintiffs,

  v.

HOMESERVICES OF AMERICA, INC., *et al.*,

    Defendants.

**DEFENDANT DOUGLAS ELLIMAN INC.'S NOTICE OF OPT-IN SETTLEMENT IN
*TUCCORI, ET AL. v. AT WORLD PROPERTIES, LLC, ET AL.***

Douglas Elliman Inc. ("Douglas Elliman") hereby notifies the Court that it has reached a settlement to resolve the remaining residential homebuyer claims against it at issue in this case—the claims not released and enjoined in Douglas Elliman's seller-side antitrust settlement—through the court-approved opt-in procedure in *Tuccori, et al. v. At World Properties LLC, et al.*, No. 1:24-cv-00150 (N.D. Ill.) ("*Tuccori*").  (*See Lutz*, ECF No. 174 at 6, 8-9).

The *Tuccori* plaintiffs will be moving for preliminary approval of their settlement with Douglas Elliman in the Northern District of Illinois shortly after expiration of the opt-in period on April 13, 2026.  Douglas Elliman's opt-in settlement agreement with the *Tuccori* plaintiffs is also relevant to Plaintiffs' pending motion to appoint interim co-lead class counsel in this action (ECF No. 169), which Defendants have opposed because Plaintiffs' motion improperly seeks to prevent the non-released, non-enjoined buyer-side putative class and Defendants from participating in the court-approved opt-in settlement procedure in *Tuccori* (ECF No. 174).

Dated:  April 9, 2026

Respectfully submitted,


By: */s/ Robert J. Anello*
Robert J. Anello (*pro hac vice*)
Edward M. Spiro (*pro hac vice*)
Tyler J. Good-Cohn (*pro hac vice*)
**MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.**
565 Fifth Ave.
New York, NY 10017
Phone: (212) 856-9600
Facsimile: (212) 856-9494
Email: ranello@maglaw.com
Email: espiro@maglaw.com
Email: tgoodcohn@maglaw.com

By: */s/ Phillip M. Soven*
Michael N. Kreitzer
Florida Bar No. 705561
Phillip M. Soven
Florida Bar No. 1035504
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: kreitzerm@gtlaw.com
Email: phil.soven@gtlaw.com
Email: moisem@gtlaw.com
Email: flservice@gtlaw.com

*Attorneys for Defendant Douglas Elliman
Inc.*

## CERTIFICATE OF SERVICE

I, Phillip M. Soven, hereby certify that, on April 9, 2026, a true and correct copy of the foregoing was filed electronically using the CM/ECF system, which will provide notice to all counsel of record.

By: */s/ Phillip M. Soven*
Phillip M. Soven