## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-10040-MOORE/ELFENBEIN

| | |
|---|---|
| **JAMES LUTZ**, *et al.* | |
| Plaintiffs, | |
| v. | |
| **HOMESERVICES OF AMERICA, INC.**, *et al.*, | |
| Defendants. | |

## THE HOMESERVICES DEFENDANTS' NOTICE OF OPT-IN SETTLEMENT IN *TUCCORI, ET AL. V. AT WORLD PROPERTIES, LLC, ET AL.*

HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates LLC (the "HomeServices Defendants") hereby notify the Court that they have reached a settlement through the court-approved opt-in procedure in *Tuccori, et al. v. At World Properties LLC, et al.*, No. 1:24-cv-00150 (N.D. Ill.) ("*Tuccori*"). *See Lutz*, ECF No. 174 at 6, 8–9. That settlement resolves all of the residential homebuyer claims against the HomeServices Defendants at issue in this case that were not released and enjoined in the HomeServices Defendants' seller-side antitrust settlement. The *Tuccori* plaintiffs will move for preliminary approval of their settlement with the HomeServices Defendants in the Northern District of Illinois shortly. The HomeServices Defendants are the last of the defendants from the *Burnett* seller trial to settle the buyer-side claims beyond those that were released in the *Burnett* settlement. Anywhere Real Estate and the National Association of Realtors have settled through the *Tuccori* opt-in process. Howard Hanna Holdings, the defendant in the *Davis* case, has also reached a settlement through *Tuccori*.

Because Douglas Elliman, Inc. ("Douglas Elliman," and together with the HomeServices

Defendants, "Defendants") has also reached a settlement through the court-approved opt-in procedure in *Tuccori* (ECF No. 186), all four Defendants in this case have now settled all of the residential homebuyer claims against them that were not released and enjoined in Defendants' seller-side antitrust settlements.

The HomeServices Defendants' opt-in settlement agreement with the *Tuccori* plaintiffs is also relevant to Plaintiffs' pending motion to appoint interim co-lead class counsel in this action (ECF No. 169), which Defendants have opposed because Plaintiffs' motion improperly seeks to prevent the non-released, non-enjoined buyer-side putative class and Defendants from participating in the court-approved opt-in settlement procedure in *Tuccori* (ECF No. 174).

Dated:  April 20, 2026

Respectfully submitted,

By: */s/ Christopher D. Dusseault*
Christopher D. Dusseault *(pro hac vice)*
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:     (213) 229-7000
Email: cdusseault@gibsondunn.com
Email: smkushner@gibsondunn.com

By: */s/ Alexandra M. Mora*
**AKERMAN LLP**
Alexandra M. Mora, Esq.
Florida Bar Number: 52368
Primary E-mail:
alexandra.mora@akerman.com
Secondary E-mail:
marylin.herrera@akerman.com
Alejandro J. Paz, Esq.
Florida Bar Number: 1011728
Primary E-mail:
alejandro.paz@akerman.com

Secondary E-mail:
marylin.herrera@akerman.com
Three Brickell City Centre
98 S.E. 7th St., Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Facsimile: (305) 374-5095

*Attorneys for Defendants HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates LLC*

## **CERTIFICATE OF SERVICE**

I, Alexandra M. Mora, hereby certify that, on April 20, 2026, a true and correct copy of the foregoing was filed electronically using the CM/ECF system, which will provide notice to all counsel of record.

By: */s/ Alexandra M. Mora*
Alexandra M. Mora, Esq.