# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CV-10040-MOORE/ELFENBEIN

**JAMES LUTZ**, *et al.*,

        Plaintiffs,

  v.

**HOMESERVICES OF AMERICA, INC.**, *et al.*,

        Defendants.

**DEFENDANTS DOUGLAS ELLIMAN INC., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, AND HSF AFFILIATES LLC'S CORRECTED[1] REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING FINAL APPROVAL OF CLASS SETTLEMENTS IN *TUCCORI***

---

[1] Corrected to attach Preliminary Approval Order in *Tuccori, et al. v. At World Properties, LLC, et al.*, No. 1:24-cv-00150 (N.D. Ill.) as **Exhibit A.**

Defendants hereby respectfully submit this reply brief in support of their Motion to Stay Proceedings Pending Final Approval of Class Settlements In *Tuccori* ("Motion to Stay") to briefly address four points.

First, on May 26, 2026, the Honorable Lindsay C. Jenkins, presiding over *Tuccori, et al. v. At World Properties, LLC*, et al., No. 1:24-cv-00150 (N.D. Ill.), issued the attached order granting Plaintiffs' Second Unopposed Motion for Preliminary Approval of Settlements with Parties Opting into the Court Approved Class Settlement Agreement. *See* Ex. A.  That order preliminarily approves the settlements between (i) Douglas Elliman Inc. and a nationwide class of homebuyers, and (ii) HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates LLC (collectively, the "HomeServices Defendants") and a nationwide class of homebuyers.  *Tuccori*, Dkt. 177, ¶ 2 n.1.  The order also temporarily enjoins—pending a decision on a motion for final approval—settlement class members from pursuing claims released in the settlements, which encompass all of the residential home-buyer claims against Defendants at issue in this case that were not already released and enjoined in Defendants' seller-side antitrust settlements in *Burnett v. National Association of Realtors*, No. 4:19-cv-00332-SRB (W.D. Mo. 2019) and *Gibson v. National Association of Realtors*, No. 4:23-cv-788 (W.D. Mo. 2023).  *Id.* ¶ 28.

Second, assuming this Court will not be the first court to enjoin the well-underway *Tuccori* settlement process, Plaintiffs "consent to" a stay of all proceedings and deadlines in this action. Dkt. 204.

Third, Defendants do not object to this Court staying all proceedings and deadlines in this action "until the conclusion of any appeals of an order finally approving Defendants' settlement agreements in *Tuccori*," as Plaintiffs have requested (*id.*), rather than proceeding as Defendants suggested in their Motion to Stay (*i.e.*, with a stay in effect only until Defendants' *Tuccori*

settlements are finally approved by the district court).

Fourth, given the July 2026 class certification deadlines in this case, it would be very helpful for the parties to have a ruling on the Motion to Stay as soon as is feasible.

Dated:  May 29, 2026

Respectfully submitted,

By:  /s/ Edward M. Spiro
Robert J. Anello (*pro hac vice*)
Edward M. Spiro (*pro hac vice*)
Tyler J. Good-Cohn (*pro hac vice*)
**MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.**
565 Fifth Ave.
New York, NY 10017
Phone:  (212) 856-9600
Facsimile:  (212) 856-9494
Email:  ranello@maglaw.com
Email:  espiro@maglaw.com
Email: tgoodcohn@maglaw.com

By:  /s/ Michael N. Kreitzer
Michael N. Kreitzer
Florida Bar No. 705561
Phillip M. Soven
Florida Bar No. 1035504
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone:  (305) 579-0500
Facsimile:  (305) 579-0717
Email:  kreitzerm@gtlaw.com
Email:  phil.soven@gtlaw.com
Email:  moisem@gtlaw.com
Email:  flservice@gtlaw.com

*Attorneys for Defendant Douglas Elliman Inc.*

By:  /s/ Christopher D. Dusseault
Christopher D. Dusseault *(pro hac vice)*
Sarah M. Kushner *(pro hac vice)*
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197

2

Telephone:  (213) 229-7000
Email:  cdusseault@gibsondunn.com
Email:  smkushner@gibsondunn.com

By: */s/ Alexandra M. Mora*
**AKERMAN LLP**
Alexandra M. Mora, Esq.
Florida Bar Number:  52368
Primary E-mail:  alexandra.mora@akerman.com
Secondary E-mail:  marylin.herrera@akerman.com
Alejandro J. Paz, Esq.
Florida Bar Number:  1011728
Primary E-mail:  alejandro.paz@akerman.com
Secondary E-mail:  marylin.herrera@akerman.com
Three Brickell City Centre
98 S.E. 7th St., Suite 1100
Miami, FL 33131
Phone:  (305) 374-5600
Facsimile:  (305) 374-5095

*Attorneys for Defendants HomeServices of*
*America, Inc., BHH Affiliates, LLC, and HSF*
*Affiliates LLC*

3

## <u>CERTIFICATE OF SERVICE</u>

I, Phillip M. Soven, hereby certify that, on May 29, 2026, a true and correct copy of the foregoing was filed electronically using the CM/ECF system, which will provide notice to all counsel of record.

*/s/ Phillip M. Soven*
PHILLIP M. SOVEN