## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

JAMES LUTZ, SCOTT DAVIS, NIALL )
ADAMS, MYA BATTON, THEODORE )
BISBICOS, AARON BOLTON, JASON )
BOOMSMA, MICHAEL BRACE, THOMAS )
BRAUN, TIMOTHY CARUSO, SABRINA )
CLARK, COLLEEN DUVAL, JAMES )
EDWARDS, RYAN EISNER, STEVEN )   Case No. 4:24-cv-10040-KMM
EWALD, CARSON FAIRBOURN, JOHN )
GARRETT, BRENNON GROVES, DARIN )
HENDRY, ANNA JAMES, DO YEON IRENE )
KIM, JORDAN KULLMANN, JAMES )
MULLIS, DANIEL PARSONS, JOSHUA )
PUTT, JOHN SANNAR, ROBERT SAYLES, )
BEN SHADLE, LISA SHANKUS, BRENT )
STRINE, CHRISTINE VAN WOERKON, and )
SHERRIE WOHL, individually and on behalf )
of all others similarly situated, )
)
          Plaintiffs, )
)
v. )
)
HOMESERVICES OF AMERICA, INC., )
BHH AFFILIATES, LLC, HSF AFFILIATES, )
LLC, and DOUGLAS ELLIMAN INC., )
)
          Defendants. )

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

In connection with Defendants' Motion to Stay Proceedings (ECF No. 201), Plaintiffs

submit the Eastern District of Pennsylvania's June 10, 2026 Order, attached as Exhibit A, staying

*Davis v. Hanna Holdings, Inc.*, 2:24-cv-2374 (E.D. Pa.), pending final resolution of settlement

proceedings in *Tuccori v. At World Properties, LLC*, 24-cv-150 (N.D. Ill.).

Defendants in this case are similarly attempting to use *Tuccori* as a vehicle to settle

Plaintiffs' claims against them here. Plaintiffs contend that this is improper, have moved for a

preliminary injunction in this case to enjoin Defendants from proceeding with their *Tuccori* settlements, and are appealing the denial of their motion to intervene in *Tuccori* to the Seventh Circuit. In the meantime, though, absent a stay Plaintiffs will be forced to incur hundreds of thousands of dollars in expert expenses and much more in attorney time to meet the Court's July 3, 2026 deadline for Plaintiffs' class certification motion. Plaintiffs respectfully request that the Court rule on Defendants' motion to stay as soon as possible to avoid the waste of judicial and party resources that would result should Defendants' *Tuccori* settlements be approved and affirmed on appeal.

Dated: June 11, 2026

Respectfully submitted,

 /s/ **Randall P. Ewing, Jr.**
Randall P. Ewing, Jr. (Bar No. 76879)
George A. Zelcs
Ryan Z. Cortazar
**KOREIN TILLERY, LLC**
205 N. Michigan Avenue, Suite 1950
Chicago, IL 60601
(312) 641-9750
rewing@koreintillery.com
gzelcs@koreintillery.com
rcortazar@koreintillery.com

Steven M. Berezney
**KOREIN TILLERY, LLC**
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844
sberezney@koreintillery.com

Vincent Briganti
Margaret MacLean
Noelle Forde
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500
vbriganti@lowey.com
mmaclean@lowey.com
nforde@lowey.com

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this notice complies with the word count imposed by S.D. Fla. L.R. 7.8 because the body of the response is 189 words.

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, a true and correct copy of the foregoing was served on all counsel of record by electronic filing.

/s/ **Randall P. Ewing, Jr.**
Randall P. Ewing, Jr.
