# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SCOTT DAVIS, NIALL ADAMS, MYA BATTON, THEODORE BISBICOS, AARON BOLTON, JASON BOOMSMA, THOMAS BRAUN, SABRINA CLARK, RYAN EISNER, STEVEN EWALD, JOHN GARRETT, BRENNON GROVES, DARIN HENDRY, ANNA JAMES, DO YEON IRENE KIM, JAMES LUTZ, JORDAN KULLMANN, JAMES MULLIS, DANIEL PARSONS, JOSHUA PUTT, JOHN SANNAR, ROBERT SAYLES, BEN SHADLE, CHRISTINE VAN WOERKON, AND SHERRIE WOHL, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-2374-WB  **Hon. Wendy Beetlestone** |
|        Plaintiffs, |  |
| v. |  |
| HANNA HOLDINGS, INC., |  |
|        Defendant. |  |

## JOINT STIPULATION TO STAY LITIGATION
## PENDING RESOLUTION OF *TUCCORI* SETTLEMENT

Plaintiffs Scott Davis, Niall Adams, Mya Batton, Theodore Bisbicos, Aaron Bolton, Jason Boomsma, Thomas Braun, Sabrina Clark, Steven Ewald, Ryan Eisner, John Garrett, Brennon Groves, Darin Hendry, Anna James, Do Yeon Irene Kim, James Lutz, Jordan Kullmann, James Mullis, Daniel Parsons, Joshua Putt, John Sannar, Robert Sayles, Ben Shadle, Christine Van Woerkon, and Sherrie Wohl and Defendant Hanna Holdings, Inc. (together, "the Parties") respectfully submit this joint stipulation to stay this matter pending final disposition of Defendant's pending settlement in *Tuccori, et al. v. At World Properties, LLC, et al.*, No. 1:24-cv-00150 (N.D. Ill.).

1. On May 26, 2026, Judge Lindsay C. Jenkins granted preliminary approval of the *Tuccori* plaintiffs' settlement agreement with Hanna Holdings. *Tuccori*, Dkt. 177; *see also* Dkt. 140 (Notice of Order Granting Preliminary Approval of Hanna Holdings, Inc.'s Settlement with *Tuccori* Plaintiffs.).

2. The approval order preliminarily certifies a settlement class, which is defined as "All persons who purchased a home that was listed on an MLS anywhere in the United States where a commission was paid to any brokerage in connection with the transaction during the Class Period." *Tuccori*, Dkt. 177, ¶ 5. The Class Period extends to and "account[s] for the various limitations periods applicable to the Class Members' claims" to "encompass all time periods at issue in this case and other homebuyer antitrust litigation." *Tuccori*, Dkt. 168, at 10.

3. The *Tuccori* court's order also states in relevant part:

> "Pending completion of the notice and claims process (including the opportunity for members of the Settlement Class to opt out of the Settlement) and this Court's ruling on a motion for final approval of the Settlement and Opt-In Agreements, members of the Settlement Class, unless they exclude themselves from the Settlement Class, are hereby temporarily enjoined from filing, commencing, prosecuting, intervening in, or pursuing as a plaintiff or class member, against any Settling Defendant, Opt-In Settlor, or Released Party, any Released Claim, including, without limitation, any and all state and federal claims regardless of the cause of action arising from or related to conduct that was or could have been alleged in the Litigation based on any or all of the same factual predicates as those claims, including but not limited to claims based on antitrust laws, consumer protection or other state laws, and/or anticompetitive conduct relating to the commissions negotiated, offered, obtained, or paid to brokerages, or the impact of the foregoing on the purchase price, in connection with the purchase of residential real estate."

*Tuccori*, Dkt. 177, ¶ 28; *see also* Dkt. 140.[1]

4. Disposition of the settlement and subsequent appeals will substantially affect this matter. The Parties therefore agree and stipulate that it is in the interests of the parties and

---

[1] Plaintiffs do not believe that this language can apply to them, consistent with due process, prior to notice and an opportunity to opt out, but nonetheless agree to this stipulation in order to conserve party and judicial resources.

judicial economy to stay this matter pending the final disposition, including appellate review, of

Hanna Holdings' pending settlement with the *Tuccori* plaintiffs.

For the foregoing reasons, the Parties respectfully request that this Court stay this matter

pending the final disposition of Hanna Holdings' pending settlement with the *Tuccori* plaintiffs.

APPROVED:6/10/26
S/ WENDY BEETLESTONE

_____
WENDY BEETLSTONE,  J.

3

Date: June 9, 2026

*/s/ Randall P. Ewing, Jr.*
Randall P. Ewing, Jr.*
George A. Zelcs*
Ryan Z. Cortazar*
KOREIN TILLERY, LLC
205 North Michigan Ave., Suite 1950
Chicago, IL 60601
(312) 641-9750
rewing@koreintillery.com
gzelcs@koreintillery.com
rcortazar@koreintillery.com

Steven M. Berezney*
Michael E. Klenov*
Carol O'Keefe*
KOREIN TILLERY, LLC
505 North 7th St., Suite 3600
St. Louis, MO 63101
(314) 241-4844
sberezney@koreintillery.com
mklevnov@koreintillery.com
cokeefe@koreintillery.com

Vincent Briganti*
Margaret MacLean*
Noelle Forde*
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500
vbriganti@lowey.com
mmaclean@lowey.com
nforde@lowey.com

Anthony M. Christina
Pa. I.D. No. 322528
LOWEY DANNENBERG, P.C.
One Tower Bridge
100 Front St., Suite 520
West Conshohocken, PA 19428
(215) 399-4770
achristina@lowey.com

*Attorneys for Plaintiffs and Proposed Class*

Respectfully submitted,

*/s/ David Z. Gringer*
David Z. Gringer*
Emily Barnet*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com
emily.barnet@wilmerhale.com

Seth P. Waxman*
Claire M. Bergeron*
Jane E. Kessner*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
claire.bergeron@wilmerhale.com
jane.kessner@wilmerhale.com

John Brumberg
Pa. I.D. No. 311352
William Pietragallo II
Pa. I.D. No. 16413
PIETRAGALLO GORDON ALFANO
   BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-1836
JRB@Pietragallo.com
WP@Pietragallo.com

*Attorneys for Hanna Holdings, Inc.*

*Admitted *pro hac vice*