## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CV-10040-MOORE/ELFENBEIN

**JAMES LUTZ**, *et al.*,

             Plaintiffs,

    v.

**HOMESERVICES OF AMERICA, INC.**, *et al.*,

             Defendants.

## JOINT EXPEDITED MOTION REQUESTING A RULE 16 STATUS CONFERENCE

87155586;1

Pursuant to Civil Local Rule 7.1(d)(2), Douglas Elliman Inc., HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates LLC (collectively, "Defendants") and Plaintiffs hereby file this Expedited Motion and respectfully request that the Court issue a ruling on or before June 22, 2026, and set a remote Rule 16 Status Conference on or before June 26, 2026. An expedited status conference is needed because Plaintiffs' deadline to move for class certification and serve class certification expert reports is July 3, 2026, and Defendants have only until July 31, 2026 to oppose class certification, serve rebuttal class certification expert reports, and file any *Daubert* motions as to Plaintiffs' class certification experts. Dkt. 189. However, if Defendants' settlements in *Tuccori v. At World Properties LLC, et al.*, No. 1:24-cv-00150 (N.D. Ill.) ("*Tuccori*") are finally approved (and that ruling is affirmed on appeal by the Seventh Circuit, should one be taken) and if the Eighth Circuit affirms the orders finally approving Defendants' prior seller-side settlements, all of the buyer-side claims at issue in this case will be released. Thus, if these deadlines remain in place, the parties will be forced to expend enormous resources to litigate class certification even though resolution of Plaintiffs' class claims is pending in two other fora. Moreover, the *Tuccori* court's order preliminarily approving Defendants' settlements temporarily enjoins—pending a decision on a motion for final approval—settlement class members from pursuing claims released in the settlements.[1] Dkt. 207 at 2. Plaintiffs thus must either violate the *Tuccori* court's order by moving for class certification, or risk missing the July 3, 2026 deadline to do so.[2]

---

[1] Plaintiffs have challenged the *Tuccori* settlements and additionally do not believe that the preliminary injunction language can apply to them, consistent with due process, prior to notice and an opportunity to opt out. Plaintiffs nonetheless join this motion in order to conserve party and judicial resources.

[2] A deadline that would force a party to violate an injunction rises to the level of an emergency, *see* Local Rule 7.1(d)(1), but Defendants and Plaintiffs seek only expedited rather than emergency consideration here.

Defendants moved on May 13, 2026 to stay all proceedings in this case in light of their *Tuccori* settlements.  Dkt. 201.  Notably, Plaintiffs "consent to" a stay of this action if this Court declines to enjoin the settlement process that is underway in *Tuccori*.  Dkt. 204.  And all other courts that have been asked to stay related litigation given the *Tuccori* settlements have entered stays.  *See* Dkt. 208-1 (*Batton* stay order); Dkt. 209-1 (*Davis* stay order).  Defendants and Plaintiffs thus respectfully ask the Court to issue a ruling on this Motion on or before June 22, 2026, and to set a remote status conference no later than June 26, 2026 to discuss a stay of this case.

Dated:  June 12, 2026

Respectfully submitted,

By:  /s/ *Christopher D. Dusseault*
Christopher D. Dusseault (*pro hac vice*)
Sarah M. Kushner (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  (213) 229-7000
Email:  cdusseault@gibsondunn.com
Email:  smkushner@gibsondunn.com

By:  */s/ Alexandra M. Mora*
**AKERMAN LLP**
Alexandra M. Mora, Esq.
Florida Bar Number:  52368
Primary Email:  alexandra.mora@akerman.com
Secondary Email:  marylin.herrera@akerman.com
Alejandro J. Paz, Esq.
Florida Bar Number:  1011728
Primary Email:  alejandro.paz@akerman.com
Secondary Email:  marylin.herrera@akerman.com
Three Brickell City Centre
98 S.E. 7th Street, Suite 1100
Miami, FL 33131
Telephone:  (305) 374-5600
Facsimile:  (305) 374-5095

*Attorneys for Defendants HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates LLC*

2

By: */s/ Edward M. Spiro*
Robert J. Anello (*pro hac vice*)
Edward M. Spiro (*pro hac vice*)
Tyler J. Good-Cohn (*pro hac vice*)
**MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.**
565 Fifth Avenue
New York, NY 10017
Telephone:  (212) 856-9600
Facsimile:  (212) 856-9494
Email:  ranello@maglaw.com
Email:  espiro@maglaw.com
Email:  tgoodcohn@maglaw.com

By: */s/ Michael N. Kreitzer*_____
Michael N. Kreitzer
Florida Bar No. 705561
Phillip M. Soven
Florida Bar No. 1035504
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone:  (305) 579-0500
Facsimile:  (305) 579-0717
Email:  kreitzerm@gtlaw.com
Email:  phil.soven@gtlaw.com
Email:  moisem@gtlaw.com
Email:  flservice@gtlaw.com

*Attorneys for Defendant Douglas Elliman Inc*

3

87155586;1

/s/ *Randall P. Ewing, Jr.*
Randall P. Ewing, Jr. (Bar No. 76879)
George A. Zelcs
Ryan Z. Cortazar
**KOREIN TILLERY, LLC**
205 N. Michigan Avenue, Suite 1950
Chicago, IL 60601
(312) 641-9750
rewing@koreintillery.com
gzelcs@koreintillery.com
rcortazar@koreintillery.com

Steven M. Berezney
**KOREIN TILLERY, LLC**
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844
sberezney@koreintillery.com

Vincent Briganti
Margaret MacLean
Noelle Forde
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500
vbriganti@lowey.com
mmaclean@lowey.com
nforde@lowey.com

*Counsel for Plaintiffs and the
Proposed Class*

4

5

## <u>CERTIFICATE OF SERVICE</u>

I, Alexandra M. Mora, hereby certify that, on June 12, 2026, a true and correct copy of the foregoing was filed electronically using the CM/ECF system, which will provide notice to all counsel of record.

*/s/ Alexandra M. Mora*_____

87155586;1